MARCTEC, LLC, Plaintiff–Appellant,

v.

JOHNSON & JOHNSON and Cordis Corporation, Defendants–Appellees.

No. 2010–1285.

United States Court of Appeals, Federal Circuit.

Sept. 30, 2010.

**ON MOTION**

**ORDER**

MarcTec, LLC moves to substitute William L. Mentlik as principal counsel for Martec and to remove Garret A. Leach as counsel. MarcTec separately moves without opposition to lift the stay of the briefing schedule.

Upon consideration thereof,

It Is Ordered That:

The motions are granted. The stay of the briefing schedule is lifted. MarcTec's opening brief is due no later than October 29, 2010. Johnson & Johnson et al.'s brief is due no later than December 24, 2010.

MarcTec's reply brief is due no later than January 21, 2011.